[Nos. 53981-7-I; 54180-3-I. Division One. July 5, 2005.]

*In the Matter of the Marriage of* RICHARD D. MACGIBBON, *Appellant*, and DEBORAH MACGIBBON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-28372-8, Linda Lau, J., entered August 4, and September 13, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54064-5-I. Division One. July 5, 2005.]

*In the Matter of the Marriage of* LEIGH ANN MADISON, *Respondent*, and ROGER B. MADISON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-3-08212-0, Terence Lukens, J., entered March 12, and 24, and April 1, 2004. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Agid, JJ.

[No. 54091-2-I. Division One. July 5, 2005.]

JAMES WITTRELL, JR., ET AL., *Plaintiffs*, v. HANA KUBEC, *Respondent*, DAVID A. ZULUAGA ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-21641-2, Brian D. Gain, J., entered March 19, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Grosse, JJ.

[No. 54197-8-I. Division One. July 5, 2005.]

THE CITY OF KIRKLAND, *Appellant*, v. ABEL W. NAKANDAKARI-ARANA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-04577-9, Terence Lukens, J., entered April 2, 2004. *Reversed* by unpublished opinion per Ellington, A.C.J., concurred in by Grosse and Baker, JJ.